UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LISA KIRKLAND-CHEA,

  Plaintiff.

CASE NO.:  8:16-CV-2598-T-35TGW

-vs-

SYNCHRONY BANK,

  Defendant.

_____/

## NOTICE OF SETTLEMENT PENDING

Plaintiff, Lisa Kirkland-Chea, by and through her undersigned counsel, hereby submits this Notice of Settlement Pending and states that Plaintiff and Defendant, Synchrony Bank, have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated this 9th day of June, 2017.

/s/ Octavio Gomez
  Octavio "Tav" Gomez, Esquire
  Morgan & Morgan, Tampa, P.A.
  One Tampa City Center
  201 N. Franklin St., 7th Floor
  Tampa, FL 33602
  Tele: (813) 223-5505
  Fax:  (813) 223-5402
  Florida Bar #: 0338620
  Attorney for Plaintiff
  tgomez@forthepeople.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of June, 2017, a true and correct copy of the

foregoing has been filed with, and provided to all counsel of record, via the Court's CM/ECF

system:

Marc T. Parrino, Esquire
Florida Bar #: 0018197
mtp@lgplaw.com
James R. Liebler II, Esquire
Florida Bar #: 115348
jrlii@lgplaw.com
Liebler, Gonzalez & Portuondo
Courthouse Tower - 25th Floor
44 West Flagler St
Miami, FL 33130

*/s/ Octavio Gomez*
Octavio "Tav" Gomez, Esquire
Florida Bar #:  0338620
